NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PLANTRONICS, INC.,**
*Plaintiff-Appellant,*

v.

**ALIPH, INC. AND ALIPHCOM, INC.,**
*Defendants-Appellees.*

---

2012-1355

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1714, Magistrate Judge Bernard Zimmerman.

---

**ON MOTION**

---

**O R D E R**

Plantronics, Inc. moves without opposition for a 45-day extension of time, until December 10, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

PLANTRONICS, INC. V. ALIPH, INC.                                2

The motion is granted.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27